Mrs. Lou PATTERSON et al., Plaintiffs-Appellants, v. CITY OF SHREVEPORT et al., Defendants-Appellees, Thomas B. CARPENTER et al., Interveners-Appellees. *

No. 5250.

Court of Appeal of Louisiana. Second Circuit.

June 2, 1936.

Harry V. Booth and Wm. H. Cook, both of Shreveport, for appellants.

Isaac Abramson, Cook, Cook & Egan, Jos. H. Jackson, and Richard H. Switzer, all of Shreveport, for appellees.

DREW, Judge.

This is a companion suit to No. 5251, styled Mrs. Heasa M. Collett v. City of Shreveport et al., A T. Johnson, Intervener, 168 So. 346, decided by us this day and involving the same questions. We do therefore, for the reasons assigned in suit No. 5251, affirm the judgment of the lower court, with costs.

*Rehearing denied June 26, 1936.